IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEANDRE JEROME BEASON ,

    Petitioner,

v.

LOUIS WILLIAMS, II, Warden,

    Respondent.

ORDER

Case No. 17-cv-406-wmc

Petitioner Deandre Jerome Beason seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than June 16, 2017. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately November 25, 2016 through the date of the petition, May 25, 2017.

ORDER

IT IS ORDERED that:

1. Petitioner Deandre Jerome Beason may have until June 16, 2017, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before June 16, 2017, I will assume that petitioner wishes to withdraw this petition.

Entered this 25th day of May, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge