IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEANDRE BEASON,

    Petitioner,　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　Case No. 17-cv-406-jdp

LOUIS WILLIAMS, II,

    Respondent.

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Deandre Beason's petition for a writ of habeas corpus under 28 U.S.C. §2241 and dismissing this case.

| /s/ | 11/29/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |