UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

DEANDRE BEASON,

        Petitioner-Appellant,

vs.                                                                             Case No. 17-cv-406-wmc

UNITED STATES OF AMERICA,

        Respondent-Appellee.
_____

## NOTICE OF APPEAL

Deandre Beason, by counsel, hereby gives notice pursuant to Fed. R. App. P. 3(c) & 4(a)(1)(B) that he appeals the order and judgment denying his petition for relief under 28 U.S.C. § 2241. The judgment was imposed on November 29, 2018, in the United States District Court for the Western District of Wisconsin, the Honorable William M. Conley presiding. Mr. Beason takes this appeal to the United States Court of Appeals for the Seventh Circuit.

The district court issued a certificate of appealability pursuant to 28 U.S.C. § 2253 & Fed. R. App. P. 22(b), authorizing this appeal, in the same order denying the § 2241 petition.

With this notice of appeal, Mr. Beason also files the docketing statement required by Circ. Rule 3 (7th Cir.), combined with a Cir. Rule 26.1 disclosure statement. Mr. Beason also files a motion to proceed *in forma pauperis* on appeal.

Dated at Madison, Wisconsin this 4th day of December, 2018.

>Respectfully submitted,
>Deandre Beason, Petitioner
>
>*/s/ Shelley M. Fite*
>Shelley M. Fite
>
>FEDERAL DEFENDER SERVICES
> OF WISCONSIN, INC.
>22 East Mifflin Street, Suite 1000
>Madison, WI 53703
>Tel: 608-260-9900
>Fax: 608-260-9901
>shelley_fite@fd.org

Dated at Madison, Wisconsin this 4th day of December, 2018.

    Respectfully submitted,
    Deandre Beason, Petitioner

    */s/ Shelley M. Fite*
    Shelley M. Fite

    FEDERAL DEFENDER SERVICES
     OF WISCONSIN, INC.
    22 East Mifflin Street, Suite 1000
    Madison, WI 53703
    Tel: 608-260-9900
    Fax: 608-260-9901
    shelley_fite@fd.org