IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEANDRE BEASON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

Case No. 17-cv-406-wmc
App. No. 18-3575

On November 29, 2018, the court denied the habeas petition filed by petitioner Deandre Beason pursuant to 28 U.S.C. § 2241. Petitioner has now filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*. (Dkt #17 and 20). The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For this appeal to proceed, by January 2, 2019 petitioner must either pay the $505 appellate docketing fee or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than January 2, 2019, petitioner Deandre Beason shall pay the $505 appellate docketing fee or submit a certified copy of an inmate trust fund account statement for the period beginning approximately June 4, 2018 through at least December 4, 2018. If petitioner fails to pay the $505 appellate docketing fee, comply as directed, or show cause for failure to do so, then this appeal may be dismissed without further notice.

Entered this 11th day of December, 2018.

      BY THE COURT:


      /s/
      PETER OPPENEER
      Magistrate Judge