IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEANDRE BEASON,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

ORDER

17-cv-406-wmc
App. No. 18-3575

On August 9, 2019, the Court of Appeals for the Seventh Circuit issued a mandate directing the court to grant petitioner Deandre Jerome Beason's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Accordingly,

ORDER

IT IS ORDERED that:

1) Petitioner Deandre Jerome Beason's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, is GRANTED, and the armed career criminal enhanced sentence imposed by the Eastern District of Wisconsin in No. 09-cr-186 is VACATED.

2) Respondent shall deliver Beason to the Eastern District of Wisconsin, as directed by that court, for resentencing.

3) Respondent shall release petitioner from custody if he is not resentenced within 90 days.

4) The clerk of court is directed to enter judgment accordingly.

5) The clerk of court is further directed to send copies of this order and the Court of Appeals for the Seventh Circuit's Final Judgment, Opinion and Order, and Mandate (dkt. #27) to Beason, the United States District Court of the Eastern District of Wisconsin, and the Clerk of the United States District Court for the Eastern District of Wisconsin, for filing in No. 09-cr-186.

Entered this 12th day of August, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge