IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEANDRE BEASON,

    Petitioner,

  v.

                                     Case No. 17-cv-406-wmc

LOUIS WILLIAMS, II,

    Respondent.

AMENDED JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of petitioner in accordance with the court's August 12, 2019 order.

| /s/ | 8/12/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |